IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| YVONNE R. PRATHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:05-cv-1068 |
| | ) | Judge Trauger |
| AUSTIN PEAY STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 30) filed by the defendant, Austin Peay State University, is **GRANTED**. The Motion to Amend the Answer (Docket No. 62), is **DENIED** as moot.

It is so ordered.

Entered this 11th day of September 2007.

_____
ALETA A. TRAUGER
United States District Judge